JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:25-cv-00528-SSS-SPx | Date | September 25, 2025 |
|---|---|---|---|
| Title | *Fernando Gastelum v. PFFC of Blythe Inc.* | | |

Present: The Honorable  SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF PROSECUTION**

On June 10, 2025, the Court issued an Order to Show Cause regarding lack of prosecution for failure to serve Defendant with a copy of the complaint and summons.  [Dkt. No. 15].  The Court warned Plaintiff that further failure to serve would result in dismissal of the action.  [*Id.*].  Plaintiff timely filed a response, and, finding good cause, the Court granted additional time until August 22, 2025, to serve Defendant.  [Dkt. No. 17].  However, Plaintiff has still not served Defendant.

As such, the Court **DISMISSES** this action **WITHOUT PREJUDICE** for lack of prosecution.

**IT IS SO ORDERED.**